1-10.

2425 75301010 Court 8      P11

# Affidavit of Fact of False Arrest + Imprisonment

September 27, 2022

no action - filed case
cc'd 10-13-22

- On September 27, 2022, between 8:00 AM - 8:15 AM I, Darryl Lanell Bankston Bey, was traveling to convey my son to school.
- I saw Mr. N. Gonzales, acting as a peace officer, in a public land vessel a half block down the road.
- Once I released my son from my conveyance.
- I began traveling to my home.
- Mr. N. Gonzales, acting as a peace officer, pulled the public land vessel under his control behind my conveyance and flashed the public land vessel's lights.
- I pulled my conveyance off to the edge of the pavement
- Mr. N. Gonzales, acting as a peace officer, walked up to my conveyance and asked me for my driver's license.
- I declared, "I wasn't driving, I was traveling, and I have a nationality card."
- Mr. N. Gonzales, acting as a peace officer, requested to see my nationality card.

FILED
Marilyn Burgess
District Clerk
OCT 11 2022  10/11/22
Time:____ Harris County, Texas

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Darryl L Bey

2-10

- I showed him my appellation and signals that are on the card and concealed my home location.
- Mr. N. Gonzales, acting as a peace officer, told me to get out my conveyance.
- I declared, "I don't consent to that."
- Mr. N. Gonzales, acting as a peace officer, pulled out his weapon and threatened to shoot me.
- I declared, "What are you going to do? Shoot me?"
- He Mr. N. Gonzales declared, "Yes."
- I declared, "I'm about to call my wife."
- Mr. N. Gonzales, acting as a peace officer, opened my conveyance door and began to pull me out by my arm.
- In the process of being pulled out of my conveyance, I phoned my wife.
- When my wife answered immediately, I expressed my duress and declared she to come to the location.
- Mr. N. Gonzales, acting as a peace officer, radiod for back up.

Darryl L. Bey

3-10

- Mr. N. Gonzales, acting as a peace officer was yelling resistance and for help.
- I placed my phone on speaker and dropped it while Mr. N. Gonzales, acting a a peace officer, pulling me out of my conveyance, I received an injury to on my right knee and my left elbow.
- Mr. N. Gonzales, acting as a peace officer, forced my arms behind my back and handcuffed my wrist together tightly.
- Mr. N. Gonzales, acting as a peace officer, put me in the hot public land vessel.
- My wife came to the location.
- My wife operated her phone to film the happenings
- Mr. N. Gonzales, acting as a peace officer, radioed for a tow truck.
- I sat in the back seat of the public land vessel for approximately an hour before I had a asthme attack.
- Mr. N. Gonzales, acting a peace officer, was not located near the public land vessel.

4-10

- I began kicking the door of the public land vessel to get Mr. N. Gonzales attention.
- Mr. N. Gonzales, acting as a peace officer, walked to the public land vessel.
- I declared to Mr. N. Gonzales, acting as a peace officer, to tell my wife to bring my bag with my asthma pump.
- Mr. N. Gonzales, acting as a peace officer, advised my wife to come and give me my asthma pump.
- Mr. N. Gonzales, acting as a peace officer, allowed my wife to come and give me my asthma pump.
- Mr. N. Gonzales, acting as a peace officer, allowed my wife to aid me through the window metal bars of the public land vessel.
- The tow truck arrived
- Mr. N. Gonzales, acting as a peace officer, got in the front seat of the public conveyance under his control.
- I declared, "This is not right you are violating my Treaty and Constitutional rights, I didn't commit a crime or harm any person."

Darryl L. Bey

5-10

- I immediately requested to speak with a supervisor again for the third time.
- Mr. N. Gonzales, acting as a peace officer, stated there were none available becuse they were dealing with a shooting.
- Mr. N. Gonzales, acting as a peace officer, got out of the public land vessel under his control.
- Mr. N. Gonzales, acting as a peace officer, instructed the tow truck driver to remove my conveyance.
- Mr. N. Gonzales, acting as a peace officer, got in the front seat of the public land vessel and was on his phone.
- I overheard his Lieutenant stating he can see my wife calling but he was not going to answer.
- My conveyance was towed.
- Mr. N Gonzales, acting as a peace officer, got in the front seat of his conveyance.
- Mr. N. Gonzales, acting as a peace officer, started the air conditioning and placed the public land vessel in "D."

Darryl L. Bey

- Mr. N. Gonzales, acting as a peace officer, controlled the public land vessel and used FM 1960 W to Interstate 45 S to travel.
- Mr. N. Gonzales, acting as a peace officer, exited the interstate and nearby downtown.
- Mr. N. Gonzales, acting as a peace officer, stopped the public land vessel at a brick-colored structure.
- Mr. N. Gonzales, acting as a peace officer, placed the public land vessel in "P."
- Mr. N. Gonzales, acting as a peace officer, got out of the front seat of the public land vessel.
- Mr. N. Gonzales, acting as a peace officer, opened the back door of the public land vessel and aided me out.
- Mr. N. Gonzales, acting as a peace officer, ordered me to go in certain directions until we reached the entrance. Once inside I saw the structure used for the confinement of persons.

Darryl L. Bey

7-10.

- A worker at the structure removed the tight handcuffs from my wrist.
- Another worker at the structure ordered me to remove my garments and shoes.
- Mr. N. Gonzales, acting as a peace officer, ordered me to go to another room.
- Mr. N. Gonzales, acting as a peace officer, told me to sit down.
- I sat down
- Mr. N. Gonzales, acting as a peace officer, closed his computer and stood in line, with persons, acting as peace officers.
- Mr. N. Gonzales, acting as a peace officer, was speaking to the persons in line showing my nationality card.
- Mr. N. Gonzales, acting as a peace officer, reached the front of the line.
- Mr. N. Gonzales, acting as a peace officer, stated my title.
- Mr. N. Gonzales, acting as a peace officer, ordered me to stand next to him
- The worker asked me numerous questions.
- The worker placed a tag on my left wrist.

Darryl L. Bey

8-10

- The worker gave Mr. N. Gonzales documents
- Mr. N. Gonzales, acting as a peace officer, left
- I sat down
- When my title was stated, I stood up.
- A worker told me to go to the back wall.
- I stood by the back wall.
- Other persons titles were stated and told to stand by the wall.
- Persons stood by the wall.
- A worker came and took all persons by the wall upstairs
- I was ordered to go through an x-ray machine.
- I traveled through the X-ray machine.
- I was ordered to give my fingerprints
- I gave my fingerprint
- I was ordered to sit down.
- I sat down.
- Approximately 10 hours later my title was stated
- I stood up and traveled to the window

Darryl L. Bey

- ... stated I have a Free bond and explained the PR bond.
- The worker told me to sign the pad
- I signed, TM in a circle.
- The worker printed the papers and handed them to me.
- I was ordered to sit back down.
- Approximately 2 hours later my title was stated.
- I was ordered to stand in the middle of the room by the elevators.
- I stood in the middle of the room by the elevators.
- All the persons standing were ordered to Follow a worker to another room.
- All persons Followed the worker to another room.
- The worker scanned the tag on my left wrist.
- The worker ordered me to sit down.
- Approximately 30 minutes later my title was stated.

Darryl L. Bey

10-10
- I stood up.
- A worker took me in the elevator to the First Floor.
- I was ordered to sit down.
- Approximately 1 hour later my title was stated.
- I traveled to the window.
- A worker provided my belongings to me.
- Approximately 30 minutes later a worker stated my title.
- The worker ordered me to stand by the exit door.
- Other persons' titles were stated and ordered to stand by the exit door.
- Persons' stood by the door.
- The door opened.
- I was ordered to walk through the door.
- The worker cut off the tag on my left wrist.
- Another door opened.
- I walked out of the struture.




daryl L B

10-11

# Jurat

State of Texas
County of Harris

Sworn to and subscribed before me on the 07 day of October, 20 22 by Darryl Lenell Bankston EL Bey. whose identity was proven to me.

(Seal)

DENIA MARIELA PEREA
Notary Public, State of Texas
Comm. Expires 01-27-2023
Notary ID 130092166

_____
Notary Public Signature