United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL BEY, TRUSTEE EX. RELATIONE DARRYL L. BANKSTON ESTATE, *Plaintiff,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv3862 |
| MARILYN BURGESS, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 28, 2023, (Dkt. 37) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Nathan Gonzalez' Motion to Dismiss (Dkt. 28) is **GRANTED** and Plaintiff's claims against Nathan Gonzalez are **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas this __17th__ day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE